IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER HALL, Personal Representative of the Estates of Joseph R. Kalister, M.D., Betty J. Kalister and Nicole M. Kalister, and JACQUELYN R. KALISTER, Individually and on Behalf of Her Deceased Parents, Joseph R. Kalister, M.D. and Betty R. Kalister, and on Behalf of and as Next-of-Kin of Her Deceased Sister, Nicole M. Kalister, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ATTEST:  A True Copy. Certified to October 3, 2017. Clerk, US District Court, Middle District of Alabama By  /s/ Debbie Yates         Deputy Clerk |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv509-MHT |
| HARTZELL ENGINE TECHNOLOGIES, LLC, | ) ) ) | |
| Defendant. | ) | |

ORDER

By agreement of all parties, it is ORDERED that the joint motion to transfer venue (doc. no. 12) is granted and that this case is transferred to the United States District Court for the Middle District of Tennessee.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 3rd day of October, 2017.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE