UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JENNIFER HALL, ET AL. | ) |
| PLAINTIFFS, | ) |
| VS. | ) NO. 3:17-CV-01340 |
| | ) JUDGE ALETA A. TRAUGER |
| HARTZELL ENGINE TECHNOLOGIES, LLC | ) |
| DEFENDANTS. | ) |

## NOTICE OF APPEARANCE

Come now John A. Day and Brandon E. Bass, with the Law Offices of John Day, P.C., and hereby give notice of their appearance as the attorneys of record Plaintiffs, **Jennifer Hall** Personal Representative of the Estates of Joseph R. Kalister; M.D., Betty J. Kalister and Nicole M. Kalister; and **Jacquelyn Kalister**, individually and on behalf of her deceased parents Joseph R. Kalister and Betty R. Kalister and on behalf of and as next-of-kin of her deceased sister; Nicole M. Kalister.

Respectfully submitted,

  /s/ Brandon E. Bass
John A. Day, BPR #009416
Brandon E. Bass, BPR #022014
LAW OFFICES OF JOHN DAY, P.C.
5141 Virginia Way, Suite 270
Brentwood, TN 37027
Telephone:   615.742.4880
Facsimile:   615.742.4881
*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 11th day of October, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

| | |
|---|---|
| Anthony Tarricone<br>Joseph P. Musacchio<br>KREINDLER & KREINDLER, LLP<br>855 Boylston Street<br>Boston, MA 02116<br>atarricone@kreindler.com<br>jmusacchio@kriendler.com | Richard E. Broughton<br>Clyde Craddock (Jack) Owen<br>BALL, BALL, MATTHEWS & NOVAK, P.A.<br>445 Dexter Avenue – Suite 9045 (36104)<br>PO Box 2148<br>Montgomery, AL 36109-5413<br>rbroughton@ball-ball.com<br>ccowen@ball-ball.com |
| Daniel O. Rose<br>KREINDLER & KREINDLER<br>750 Third Avenue<br>32nd Floor<br>New York, NY 10017<br>drose@kreindler.com | H. Lewis Gillis<br>Kristen J. Gillis<br>MEANS GILLIS LAW, LLC<br>60 Commerce Street, Ste. 200<br>Montgomery, AL 36104<br>hlgillis@meansgillislaw.com |
| Mark Englehart<br>ENGLEHART LAW OFFICES<br>9457 Alysbury Place<br>Montgomery, AL 36117-6005<br>jmenglehart@gmail.com | |

   /s/ Brandon E. Bass
   Brandon E. Bass