**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JENNIFER HALL, Personal Representative of | ) | |
| The Estates of Joseph R. Kalister, M.D., Betty J. | ) | |
| Kalister, and Nicole M. Kalister, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 3:17-CV-01340 |
| v. | ) | Hon. William L. Campbell, Jr. |
| | ) | Mag. Judge Alistair Newbern |
| HARTZELL ENGINE TECHNOLOGIES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

The parties wish to advise the Court that they have agreed to a settlement of all matters in controversy in this case. They will submit an agreed order of dismissal upon finalizing the settlement documents. Therefore, the parties no longer need the September 28, 2021 trial date or any ruling on any motions or matters pending before the Court.

Respectfully submitted,

**PETKOFF AND FEIGELSON, PLLC**

*/s/ David I. Feigelson*
David I. Feigelson (#20350)
James L. Cresswell, Jr. (#26257)
Logan A. Klauss (#34311)
80 Monroe Ave., Ste. 415
Memphis, Tennessee 38103
(901) 523-1050
dfeigelson@pf-law.net
jcresswell@pf-law.net
lklauss@pf-law.net
*Attorneys for Defendant*

1

**TRESSLER LLP**
Linda J. Schneider (IL #6200343) *pro hac vice*
Donald G. Machalinski (IL #6200246) *pro hac vice*
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
(312) 627-4000
lschneider@tresslerllp.com
dmachalinski@tresslerllp.com
*Attorneys for Defendant*


**KREINDLER & KREINDLER, LLP**

*/s/ Michael Lurie (by permission)*
Anthony Tarricone - *pro hac vice*
Joseph P. Musacchio - *pro hac vice*
Michael Lurie - *pro hac vice*
855 Boylston Street
Boston, Massachusetts 02116
atarricone@kreindler.com
jmusacchio@kreindler.com
mlurie@kreindler.com
*Attorneys for Plaintiffs*

Daniel O. Rose - *pro hac vice*
Kevin Mahoney - *pro hac vice*
750 Third Avenue
New York, New York 10017
drose@kreindler.com
kmahoney@kreindler.com
*Attorneys for Plaintiffs*

**LAW OFFICES OF JOHN DAY, P.C.**
John A. Day
Brandon E. Bass
5141 Virginia Way, Suite 270
Brentwood, Tennessee 37027
jday@johndaylegal.com
bbass@johndaylegal.com
*Attorneys for Plaintiffs*

2