IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER HALL, Personal Representative of the Estates of Joseph R. Kalister, M.D., Betty J. Kalister, and Nicole M. Kalister, *et al.* ) ) ) ) ) | Case No. 3:17-cv-01340 |
| Plaintiffs, ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE |
| v. ) ) | NEWBERN |
| HARTZELL ENGINE TECHNOLOGIES LLC, ) ) ) | |
| Defendant. ) | |

## ORDER

The Court has been advised that the parties have agreed to a settlement of all matters in controversy in this case will not proceed to trial on September 28, 2021. (Doc. No. 175). In light of the settlement of this matter, the parties no longer seek a ruling on the motions currently pending before the Court. Accordingly, the Clerk is directed to terminate all pending motions as MOOT and administratively close this case.

On or before September 17, 2021, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice on September 27, 2021.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE